The People of the State of New York v. Rudolph Zilbert.— Motion to dismiss appeal granted.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The J. A. Brennan Drilling Company v. John H. Winder.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

William W. Farley, as State Commissioner of Excise, v. Liquors Seized at No. 195 Hester Street.  Francesco Bernardoni, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

William P. McCormick v. Frank H. Tyler, as Sole Executor, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

George M. Coffin v. William S. Tevis.  Thomas D. Rambaut v. William S. Tevis.— Motions to dismiss appeals denied, without costs.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Bernard Cowen v. Sophie Bernard and Others.— Motion to dismiss appeal granted, with ten dollars costs.  Present— Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Bessie W. Fairchild v. Pennsylvania Railroad Company.— Motion to dismiss appeal granted, without costs.  Present — Ingraham, P. J., Laughlin, Clarke, Scott, and Dowling, JJ.

Felix Salomon and Others v. Cornelius Kahlen.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Henry Prince v. Ely J. Rieser.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Gomer Absalom v. New York Edison Company.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Gershon Falk v. Nassau Ferry Company.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Gershon Falk v. Nassau Ferry Company.— Motion for stay denied, with ten dollars costs.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Walter C. Burr and Others v. The New York Central and Hudson River Railroad Company.— Application denied, with ten dollars costs. Order signed.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

John T. Martin v. Jacob F. Oberle and Others.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

John C. Stinner v. Union Railway Company of New York City.— Appli-